| B1 (Official Form 1) (12/11) | | Case #: 11-14273 |
|---|---|---|
| | **United States Bankruptcy Court** <br> *NORTHERN* **DISTRICT OF** *ILLINOIS* | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle): <br> *DIAZ, ELOY* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *4525* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): <br> *6332 N. MAPLEWOOD AVE.* <br> *Chicago Heights, IL* <br> ZIPCODE *60411* | Street Address of Joint Debtor (No. & Street, City, and State): <br> ZIPCODE |
| County of Residence or of the Principal Place of Business: *COOK* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> *SAME* <br> ZIPCODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE* <br> ZIPCODE | |

**Type of Debtor** (Form of organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**
FILED JUL 3 2012 KENNETH S. GARDNER, CLERK UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

**Estimated Number of Creditors**
| [ ] 1-49 | [x] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1) (12/11)                                              FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **ELOY DIAZ** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years**     (If more than two, attach additional sheet)

| Location Where Filed: **CHICAGO** | Case Number: **11-14273** | Date Filed: **4/4/2011** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____ 07/01/2012<br>Signature of Attorney for Debtor(s)                                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒   Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11) FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): ELOY DIAZ |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

07/01/2012
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

(Date)

### Signature of Attorney*

X
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**KAREN RODRIGUEZ**
Printed Name and title, if any, of Bankruptcy Petition Preparer
**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**
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)
**3553 ATLANTIC AVE., #1331**
Address
**Long Beach, CA  90807**

X _Kare Rodrigz_ [signed]
**07/01/2012**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re ELOY DIAZ                                                                    Case No. 11-14273
                                                                                        (if known)

_____
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING:** You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☒ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *[signature]*

Date:  07/01/2012

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *ELOY DIAZ*

Case No. *11-14273*
Chapter *13*

_____ / Debtor

Attorney for Debtor: *In Pro Per*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *07/01/2012*

_____
Debtor

ABSOLUTE DEBT RESOLUTION
415 LAWRENCEVILLE DRIVE
Buffalo, NY  14221

ACCOUNT SERVICES
1802 N.E. LOOP 419
STE 400
San Antonio, TX  78217

ARACELIA LERMA
15317 PARAMOUNT BLVD
Paramount, CA  90723

BANK OF AMERICA
4161 PIEDMONT PARKWAY
NC4 105 03 14
Greensboro, NC  27410

BANK OF AMERICA
P.O. BOX 15026
Wilmington, DE  19850

BANK OF AMERICA
P.O. BOX 2759
Jacksonville, FL  32202

BUREAU OF COLLECTION
7575 CORPORATE WAY
Eden Prairie, MN  55344

CAPITAL ONE
P.O. BOX 30281
Salt Lake City, UT  84130

CAPITAL ONE
11013 W. BROAD STREET
Glen Allen, VA  23060

CHASE
201 N WALNUT
Wilmington, DE  19801

CHASE
P.O. BOX 1093
Northridge, CA  91328

CITY OF LOS ANGELES
P.O. BOX 30420
Los Angeles, CA  90030

CMRE FINANCIAL
3350 E BIRCH STREET, STE 200
Brea, CA  92821

COLLECTION CONSULTANT
P.O. BOX 29050
Dallas, TX  75201

COX
29947 AVENIDA DE LAS BANDERAS
Rancho Santa Mar, CA  92688

CREDIT CONTROL
11825 ROCKLANDING DR
Newport News, VA  23606

CREDIT CONTROL LLC
245 E ROSELAWN AVE,
STE 25-26
Saint Paul, MN  55117

ELOY DIAZ
6332 N. MAPLEWOOD AVE.
Chicago Heights, IL  60411

DMV
P.O. BOX 942897
Sacramento, CA  94297

EACMC
P.O. BOX 81243
San Diego, CA  92138

ENHANCED RECOVERY
8014 BAYBERRY RD
Jacksonville, FL  32258

ESEQUIELA BORBON
944 W. 74TH STREET
Los Angeles, CA  90044

GABRIEL LOPEZ
4329 LINDELL AVENUE
Pico Rivera, CA  90661

GEMB/CARE CREDIT
P.O. BOX 981439
El Paso, TX  79998

GMAC MORTGAGE
P.O. BOX 851001
Dallas, TX  75285

HOME DEPOT/CBSD
CCS GRAY OPS CENTER
P.O. BOX 6497
Sioux Falls, SD  57117

I C SYSTEM INC
444 HIGHWAY 96 EAST
P.O. BOX 64887
   35164

IQ DATA INTERNATIONAL
7916 E BECK LANE
Scottsdale, AZ  85260

ISTA
7825 BAYMEADOWS WAY
STE 500B
Jacksonville, FL  32256

```
LDC COLLECTION SYSTEMS
P.O. BOX 30420
Los Angeles, CA  90030

LEADING EDGE RECOVERY
P.O. BOX 129
Linden, MI  48451

LTD FINANCIAL SERVICES
7322 SOUTHWEST FREEWAY
SUITE 1600
Houston, TX  77074

LVNV FUNDING LLC
P.O. BOX 10497
Greenville, SC  29603

MACY'S
P.O. BOX 8218
Mason, OH  45040

MICHAEL BERGKVIST
400 OCEANGATE, #800
Long Beach, CA  90802

MISSION HOSPITAL
27700 MEDICAL CTR ROAD
Mission Viejo, CA  92691

MISSION INTERNAL MED GROUP
27451 LOS ALTOS #100
Mission Viejo, CA  92691

MISSION PATHOLOGY
P.O. BOX 7520
Laguna Niguel, CA  92607

MISSION VIEJO ANESTHESIA
27401 LOS ALTOS ST
STE 180
Mission Viejo, CA  92691

MUNICIPAL COLLECTION SERVICES
P.O. BOX 1022
Wixom, MI  48393

MVEP MEDICAL GROUP
P.O. BOX 660099
Arcadia, CA  91066

NATIONSTAR MORTGAGE
P.O. BOX 199111
Dallas, TX  75219

NATIONSTAR MORTGAGE
2828 N. HARWOOD STREET
Dallas, TX  75201

PACIFIC CARDIO ASSOC
P.O. BOX 28053
Santa Ana, CA  92799
```

```
PARAGON WAY INC
2101 W. BEN WHITE BLVD., #103
Austin, TX  78704

PHA-MISSION
BOX 3589
Newport Beach, CA  92659

PRIMARY FINANCIAL SVCS
3115 N 3RD AVE, STE 112
Phoenix, AZ  85013

RMI MCSI
P.O. BOX 666
Lansing, IL  60438

SCE
P.O. BOX 750
Rosemead, CA  91770

SEARS/CBSD
13200 SMITH ROAD
Cleveland, OH  44130

SEARS/CITIBANK SD, NA
8725 W. SAHARA AVE
MC 02/02/03
The Lakes, NV  89163

SIENNA APARTMENT HOMES
P.O. BOX 3568
Everett, WA  98213

SO CAL EDISON
2131 WALNUT GROVE AVE
Rosemead, CA  91770

SUPERIOR COURT
1427 W. COVINA PARKWAY
West Covina, CA  91790

TAMAYO FINANCIAL
16123 S. LA GRANGE RD
Orland Park, IL  60467

THE TOLL ROADS
P.O. BOX 50310
Irvine, CA  92619

TITAN HEALTH MGMT
2500 N. PANTANO RD, STE 120
Tucson, AZ  85715

TOYOTA FSB
P.O. BOX 108
Saint Louis, MO  63166

U.S. BANK
CB DISPUTES
P.O. BOX 108
Saint Louis, MO  63116
```

```
U.S. BANK
P.O. BOX 108
Saint Louis, MO   63166

U.S. TRUSTEE
219 S. DEARBORN
RM.  873
Chicago, IL   60605

WELLS FARGO BANK NA
CBDRU
P.O. BOX 3117
Winston Salem, NC   27102

WELLS FARGO BK
P.O. BOX 5445
Portland, OR   97228

WELLS FARGO FINANCIAL
800 WALNUT STREET
MAC 4031-080
Des Moines, IA   50309

WEST COVINA
P.O. BOX 60570
Los Angeles, CA   90060

WFF NAT BANK
P.O. BOX 94498
Austin, TX   78704

WFFNB/LIVING SPACES
7000 VISTA DRIVE
MAC N8235
West Des Moines, IA   50266
```